UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DARRYL PETTEWAY,

                                               **NOTICE OF APPEARANCE**

                     Plaintiff,

                                               07-CV-11329 (AKH)

          -against-

THE CITY OF NEW YORK, RAYMOND KELLY,
POLICE OFFICER CLEMENT, JOHN DOES 1-4,

                     Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and Raymond Kelly and request that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
               January 15, 2008

                                                       MICHAEL A. CARDOZO
                                                       Corporation Counsel of the
                                                         City of New York
                                                      *Attorney for Defendants*
                                                        100 Church Street
                                                         New York, New York 10007
                                                         (212) 442-8248

                                          By:           /s/
                                                        MARK D. ZUCKERMAN

TO:    JOHN WARE UPTON
        *Attorney for Plaintiff*
        70 Lafayette St. 7th Floor
        New York, New York 10013
        (212) 233-9300