```
                                    ABC PROCESS SERVICE,INC.
                                    Attorney:
                                    JOHN WARE UPTON, ESQ.
                                    Index No. 07CIV11329
                                    Date Filed   /  /
                                    Office No. JWU011POLICE
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DARRYL PETTEWAY
                                            (PLAINTIFF)
               against
                                            (DEFENDANT)
THE CITY OF NEW YORK, A MUNICIPAL ENTITY, ETAL;
_____

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:
SCHADRAC LAGUERRE   being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 8 day of January 2008  at  12:19 PM , at

ONE POLICE PLAZA;NY, NY 10038
I SERVED the EFC CASE COMPLAINT AND DEMAND FOR JURY TRIAL upon
RAYMOND KELLY,
the defendant herein named by delivering to and leaving a true copy of said EFC CASE COMPLAINT AND DEMAND FOR JURY
with a person of suitable age and discretion: to wit MS. LISA MOORE, AUTHORIZED TO ACCEPT
Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:
Sex  FEMALE , Color BLACK, Hair BLACK, app.age 30 YRS, app.ht 5'7", app.wt 160 LBS
That on the 16 day of January 2008 I deposited in the U.S. mails a true copy of the EFC CASE COMPLAINT AND DEMAND FOR JURY TRIAL
properly enclosed and sealed in a post-paid wrapper addressed to the said defendant at the aforementioned
(B) (place of business marked personal and confidential)
ONE POLICE PLAZA;NY, NY 10038

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information  and belief based upon the  conversation and  observation as aforesaid  I aver  that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 16
day of January2008

JAY BRODSKY
Notary Public, State of New York
No. 31-4688271
Qualified in New York County
Commission Expires Feb 2, 2011

SCHADRAC LAGUERRE
License No.: 1021952       :bb