```
                                        ABC PROCESS SERVICE,INC.
                                        Attorney:
                                        JOHN WARE UPTON, ESQ.
                                        Index No. 07CIV11329
                                        Date Filed   /  /
                                        Office No. JWU01162E
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
DARRYL PETTEWAY
                                                    (PLAINTIFF)
                against

                                                    (DEFENDANT)
THE CITY OF NEW YORK, A MUNICIPAL ENTITY, ETAL;
_____
STATE OF NEW YORK, COUNTY OF NEW YORK     SS:


SCHADRAC LAGUERRE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 4 day of January 2008  at  10:25 AM , at

162 E. 102ND ST;NY, NY 23RD PRECINCT
I SERVED the ECF CASE, COMPLAINT AND DEMAND FOR JURY TRIAL upon
NEW YORK CITY POLICE OFFICER CLEMENTS
the defendant herein named by delivering to and leaving a true copy of said ECF
CASE, COMPLAINT AND DEMAND FOR JURY TRIAL
with a person of suitable age and discretion: to wit MR. OFFICE GARCIA,
AUTHORIZED TO ACCEPT Deponent described Person served as aforesaid to the best
of deponents ability at the time and circumstances of service as follows:

Sex  MALE , Color BROWN, Hair BLACK, app.age 45 YRS, app.ht 5'10", app.wt 210
LBS

That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes or the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 16
day of January 2008

                                        _____
                                        SCHADRAC LAGUERRE
                                        License No.:  1021952      :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2011