UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

DARRYL PETTEWAY,

          Plaintiffs,

      against-

THE CITY OF NEW YORK, a municipal
entity; RAYMOND KELLY, New York
City Police Officer CLEMENTS,
and JOHN DOES 1-4, individually
and in their official capacities,
jointly and severally,
          Defendants.

-------------------------------------------------X

Docket No. 07 Civ. 11329(AKH)

**ECF CASE**

**AFFIRMATION OF SERVICE**

John Ware Upton, an attorney licensed to practice law in this Court, swears as follows:

1. I am over 18 years of age, not a party in this case, and reside in the State of New York.

2. On December 18, 2007, I served this case's Summons and Complaint and the Individual Rules of Hon. Alvin Hellerstein and Magistrate Judge Ronald Ellis and ECF Rules on the City of New York by placing same in the hand of Joraya Bonit, Systems Analyst and agent designated for receipt of legal papers at the Office of the Corporation Counsel for the City of New York, 100 Church St., New York, N.Y. 1007.

Dated: New York, New York
       January 8, 2008

                                            JOHN WARE UPTON