

February 15, 2008

Willaim Hellerstein
U.S. District Judge
United States Courthouse
500 Pearl St. Rm. 1050
New York NY 10007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 5/1/08

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212.233.9300 (T)
212.233.9713 FAX

Re:  Darryl Petteway v. City of New York et al.
     Docket No. 07 Civ. 11329 (AKH)

Dear Judge Hellerstein:

I represent the plaintiff in this §1983 case.

I am pleased to inform the Court that the plaintiff has accepted the defendants' Rule 68 Offer of Judgement.

Corporation Counsel Mark Zuckerman have also agreed on the fees and costs, and will submit the judgement to the Court.

I understand that in light of the above, the parties will not be expected to appear for the case conference scheduled for tomorrow, May 2nd, at 9:30.

Thank you.

Sincerely,

John Ware Upton

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

cc: Mark Zuckerman, Esq.