

May 2, 2008

ALVIN K.
~~William~~ Hellerstein
U.S. District Judge
United States Courthouse
500 Pearl St. Rm. 1050
New York NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

Re:  Darryl Petteway v. City of New York et al.
     Docket No. 07 Civ. 11329 (AKH)

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212.233.9300 TEL
212.233.9713 FAX

Dear Judge Hellerstein:

As I informed the Court yesterday, plaintiff accepted the defendants' Rule 68 Offer of Judgment.

The parties will be presenting the Court with a judgment to So Order.

I read today on ecf that the Court dismissed the case. I don't believe the parties will be able to file a judgment if the case is dismissed.

Therefore, I request that the Court order the Clerk to reinstate the case, solely for the purpose of filing a judgment.

Thank you.

Respectfully,

John Ware Upton

cc: Mark Zuckerman, Esq.

*The Clerk will accept the jmt. when it is filed.*
*5-2-08*
*[signed] A.K. Hellerstein*