USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

DARRYL PETTEWAY,

Plaintiff,

-against-

THE CITY OF NEW YORK, RAYMOND KELLY, POLICE OFFICER CLEMENT, JOHN DOES 1-4,

Defendants.

---------------------------------------------------------------------- x

**JUDGMENT**
**PURSUANT TO RULE 68**

07-CV-11329 (AKH)

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 17, 2007, alleging that defendants violated plaintiff's federal civil and state common law rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** on March 25, 2008, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City made plaintiff Darryl Petteway an Offer of Judgment; and

**WHEREAS,** plaintiff Darryl Petteway accepted defendant City's offer;

**NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff Darryl Petteway will take judgment against defendant City of New York in this action for the sum of Five Thousand and One ($5,001.00) Dollars, plus reasonable attorneys' fees, expenses and costs to March 25, 2008.

2. This judgment shall be in full satisfaction of all claims or rights that plaintiff Darryl Petteway may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the defendants, or any official or employee, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. This judgment shall not to be construed as an admission of liability by any defendant, official, employee, representative or agent, past or present, of the City of New York, or agency thereof; nor it is an admission that plaintiff has suffered any damages.

4. Acceptance of the Rule 68 Offer of Judgment acted to release and discharge all defendants; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff Darryl Petteway in the above-referenced action.

5. Acceptance of the offer of judgment operated to waive plaintiff's right to any claim for interest on the amount of the judgment.

Dated: New York, New York
~~May~~ __, 2008
June 18

U.S.D.J

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

**Date:**

**In Re:**

-v-

**Case #:** ( )

Dear Litigant,

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

**J. Michael McMahon, Clerk of Court**

by: ______________________________

, Deputy Clerk

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

---------------------------------------------------X

-V-

---------------------------------------------------X

**NOTICE OF APPEAL**

civ. ( )

Notice is hereby given that ______________________________
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the ________ day of ______________ , ________ .
(day) (month) (year)

______________________________
(Signature)

______________________________
(Address)

______________________________
(City, State and Zip Code)

Date: ______________

( ) ________-____________
(Telephone Number)

Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

-----------------------------------------------------X

-V-

-----------------------------------------------------X

**MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**

civ. ( )

Pursuant to Fed. R. App. P. 4(a)(5), ______________________ (party) respectfully requests leave to file the within notice of appeal out of time. ______________________ (party) desires to appeal the judgment in this action entered on ______________ (day) but failed to file a notice of appeal within the required number of days because:

**[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]**

______________________________
(Signature)

______________________________
(Address)

______________________________
(City, State and Zip Code)

Date: ____________________

( ) _________-_______________
(Telephone Number)

**Note**: You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

---------------------------------------------------X

-V-

---------------------------------------------------X

**NOTICE OF APPEAL**
**AND**
**MOTION FOR EXTENSION OF TIME**

civ. ( )

1. Notice is hereby given that ____________________ hereby appeals to
(party)
the United States Court of Appeals for the Second Circuit from the judgment entered on ________.
[Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time ____________________ respectfully requests the court to grant an extension of time in
(party)
accordance with Fed. R. App. P. 4(a)(5).

a. In support of this request, ____________________ states that
(party)
this Court's judgment was received on ______________ and that this form was mailed to the
(date)
court on ______________ .
(date)

______________________________
(Signature)

______________________________
(Address)

______________________________
(City, State and Zip Code)

Date: ______________

( ) ______-______________
(Telephone Number)

**Note**: You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will receive it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 3

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

----------------------------------------------------X

-V-

----------------------------------------------------X

**AFFIRMATION OF SERVICE**

civ. ( )

I, ______________________________, declare under penalty of perjury that I have served a copy of the attached ______________________________

______________________________

upon ______________________________

______________________________

whose address is: ______________________________

______________________________

Date: ______________
New York, New York

______________________________
(Signature)

______________________________
(Address)

______________________________
(City, State and Zip Code)